USDC SDNY 
 DOCUMENT 
UNITED STATES DISTRICT COURT ELECTRONICALLY FILED 
SOUTHERN DISTRICT OF NEW YORK DOC #: 
Sonnac nnnnns IK DATE FILED:_04/19/2023 
CARL D. WELLS, : 
 Petitioner, : 
 : 21-cv-11231 (LJL) 
 -v- : 
 : ORDER 
SUPT MARK MILLER, : 
 Respondent. : 

we KX 
LEWIS J. LIMAN, United States District Judge: 
 Petition Carl D. Wells (“Petitioner”) submits the attached letter. The Court interprets the 
letter as a motion to strike the letter of David Bernstein, Dkt. No. 79-1, and as a motion for 
reconsideration of the Court’s March 27, 2023 Opinion and Order dismissing Petitioner’s 
petition without prejudice, Dkt. No. 81. The motions are denied. 
 Federal Rule of Civil Procedure 12(f) gives a court the power to strike “redundant, 
immaterial, impertinent, or scandalous matter” from pleadings, Fed. R. Civ. P. 12(f), defined by 
Rule 7 as complaints, cross- and counterclaims, answers, and replies to answers, see Fed. R. Civ. 
P. 7(a). Because Petitioner’s motion to strike is not directed at the pleadings, his motion is 
DENIED. See Granger v. Gill Abstract Corp., 566 F. Supp. 2d 323, 334 (S.D.N.Y. 2008) 
(adopting recommendation that the court deny a motion to strike because “[m]otions, 
declarations and affidavits are not pleadings” that can be stricken under Rule 12(f)). 
 “A motion for reconsideration should be granted only if the movant identifies ‘an 
intervening change of controlling law, the availability of new evidence, or the need to correct a 
clear error or prevent manifest injustice.’” Spin Master Ltd. v. 158, 2020 WL 5350541, at *1 
(S.D.N.Y. Sept. 4, 2020) (quoting Kolel Beth Yechiel Mechil of Tartikov, Inc. v. YLL Irrevocable 
Tr., 729 F.3d 99, 104 (2d Cir. 2013)). “The standard for granting a motion for reconsideration 
‘is strict, and reconsideration will generally be denied unless the moving party can point to 
controlling decisions or data that the court overlooked—matters, in other words, that might 
reasonably be expected to alter the conclusion reached by the Court.’” Justice v. City of New 
York, 2015 WL 4523154, at *1 (E.D.N.Y. July 27, 2015) (quoting Shrader v. CSX Transp., Inc., 
70 F.3d 255, 257 (2d Cir. 1995)). Because Petitioner has not identified any controlling decisions 
or data that the Court overlooked, his motion for reconsideration is DENIED. 
 SO ORDERED. 
 a 
Dated: April 19, 2023 wel HE ncn 
 New York, New York LEWIS J. LIMAN 
 United States District Judge 

 (VY 

(MSR) 

: (SHNA4;) [vac SFT 
: PIC (COP... 

DB /12-e ME3( COC) AMEE ef 
 Segue Bo STfile Lente bgp 
 Vu Ait) SEAS SEta pePFs □□□ ) : 
 Uypre Oo [WA ZB, BT Spor 
 Tihs Cat hliheg, fa P/O 
 )07 Obfei Aoswer by eSpnduex, 
 Hts, x7 Consrpmriss A Corasrircgan( 
Milo, LSC Yhpend 6, [UG 
 STE OriF> MUG” 1 $61) fEGIR 
—. hevtnce oF pgellrr Consel, □ 

hye. Toke Litttins PIR, TERME TP 
NT Cilohiaed Cnn fis bent, te 
aS (pllefiped Pie oy dpecy Ab FG 
Mey, “ieren Mt, Cyn fey 
SE Tuekerne BigeSeaag@rs FT 
Ix Btn, Sue (FE fy □□ Shap 
 Ady hy TS eva la SAyiag 

 LALA er} GLLYES □ 
 Hiwbetea: 

GRA pts owes KEguts Lu ZA 
 Ledise hy SLAB, Wor Fils oF 
 [PRG aL Sitter , lope ris: Ay 

 0 2 he FO, Ahi Fhe Cupry 
 Dwopudion , Wkil, Be SE 0k 
 ALL TUFF JluT It , Ee 
 Chik Ache of The Ltn Aber Cotes 
 Jol thar. pe <fos Cofyay Fite 
 Ye KF ADP S46 to Ts 
 THbo Mang MLE, [fo fu fe, Citing Sri 
 Aged 1 Kaw, OF Cree , Ae Aald fine 
 fri bos Cher by Me, Pessina, €895 6 
 PR Nin i Se iy iy We = 
 Teor fre , Siline, Conds: Aakegivg 
 FiyuwieA a pen ls x Ae Cea 
 AM □□ 0B pag facie Sf Ce S70, 
 fad The TRIG ay, Fibs tox bie 
 eine © Cth qudeintiies, Sl, Baie 
 Lilind I Weg upegty tbe Pr Moef 
 IE par feifree 7 

Cipher 

dbeke FZ 
BE ge th Lodliog ie 
 a be (ir SA0G20 Wheat 
ha to’ & □□□ feodlig Hort 

Mijn elre A fe eliiog™ ILS, 4p ey 
Loxtatig tir J jepertsipeh, td 
[ee er ipod Lz OES Gal 

 . : fog: EES CU pie. | “2 
 Mbit; Mba S27T isi ve <Q 
Tle Me fifty Tike JUP4 C8. Ty Ay 
 LOLA. Lele fuel Cguae Melee 
7 ne AG Cra sat ta 4 ML eT 

 [Mes cadigy( Ae pred CIOS Oo 

 Fibch org Hin, Nip, AO (st f 

Kombat, LF Citra Puethe OY. Med A 
 Dereluierd Klieg fapiyped, “oe Hae 

Selly 2°70 Third f ul Zila 
 / 

 te ASS? at. KA Se Dihy 
 lospae Mibu whe > Deca Hp oP Mig 

fiyoh » Fife ® CA Meh 

“7 pric Lhe” LUG “Kieren fo 

Off fhe AM & Ke oe” Sod 20, 

GB Sif Whe, LS ry | Jone Z ZL, a 

 ~ A oan? 

 a , 12h 51) 
 ecligcdThn oF SKRUC 

nr oF flee LY he 
Oa ip CP COE, SBo5 

 Cink Abele, parrave Aelia 
 hdek [oe ly OF f2APNG Mie CA , 
 Neh. □□□ BLS. Ao ewe DE 
aeusral Lerer by bales sf Pity bed 
by flan Sixth , Uip- Cpt; fhivea EA; 
D8 Relig Ln feo affeg FA, 
 E Colorey 669, 
 Jssix (86) 25 C bt F) 
 SE LR [OS * 

 LL, Mobi. BMC fda 
 og FO fie per Shir Zee AIGors fo 
 THe fol COWbE VCS 
 Becepel He ZLE Ae, ag Mil, 
 ay / ‘ 
 DO23 JA lw (py ho 
 TEE [OT 

tks, Gk paaaas 
 i ne ALBANY NY 120 - “a 
 GREEN HAVEN CORRECTIONAL FACILITY seme 
 594 ROUTE 216 _ 2023PM 4b cscgo02s eee i: □ 

 STORMVILLE, NY 12582 4 as eae SBP 

 ; ah d _ “y ™ / ao Bygone □□□□□□□□□□□□□□□□□□□□□□□ =e □ a □□□ 

 af AR IVE t/ , A The et cote eeahates

 _ rc}. f FL “F He fa pe “ GA 1 Sips edi ae Dhaai 
 TE Le Gh DUES ANS TEP 

| (OF fiw ALE 

 S00 fre oO 4 (KEY 
 ; 1) gh pyr fp 
 f fy ‘eel KL J ALL 
 Le ; oe □□□ 

 THT 7 

 es . / Ul CAL 
 MOF sm af Af a feo Fe □□ Pp » oY 7 Agog □□ 
A htt / Uda ii MBL LUNG Lf WOE 

 AS COST)